| Case No. | 2:19-cv-03632-R-MRW | Date | 07-01-2019 |
|---|---|---|---|
| Title | *Angel Galloway, et al. v. Johnson and Johnson, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Christine Chung | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:       Attorneys Present for Defendants:

Not Present                                          Not Present

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiff's Motion to Remand to JCCP (DE 6)

## I. INTRODUCTION

This is a talcum powder-related personal injury case arising from Plaintiff Angel Galloway's diagnosis of ovarian cancer in March 2016. Plaintiffs initiated their state court action against various defendants, including Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively "J&J"), on April 5, 2018 in the Superior Court of Santa Clara County, California. The case was then added on to Johnson & Johnson Talcum Powder Cases, a coordinated proceeding in Los Angeles, Case No. JCCP 4872, on June 22, 2018. On April 30, 2018, J&J removed Plaintiff's claim against J&J to this district court. On May 29, 2019, Plaintiff moved to remand this action back to state court on the grounds that this Court lacks subject-matter jurisdiction.

Presently before the Court is Plaintiff's Motion to Remand to JCCP. For the following reasons, the Court **GRANTS** Plaintiff's motion.

## II. JUDICIAL STANDARD & DISCUSSION

Local Rule 7-9 requires an opposing party to file an opposition to a motion not later than 21 days before the designated hearing date. C.D. Cal. L.R. 7-9. A party that does not file an opposition may be deemed to consent to the granting of the motion. C.D. Cal. L.R. 7-12.

Here, the motion hearing is scheduled for July 1, 2019. Therefore, Defendant's opposition papers were due on June 10, 2019. Defendant has yet to file any opposition despite notice and ample time to respond. This Court deems Defendant's failure to oppose consent to the granting of the motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-03632-R-MRW | Date | 07-01-2019 |
|---|---|---|---|
| Title | *Angel Galloway, et al. v. Johnson and Johnson, et al.* | | |

### III.  CONCLUSION

In light of the foregoing, the Court **GRANTS** Plaintiff's Motion to Remand to JCCP (DE 6).

**IT IS SO ORDERED.**

|  | 0 : 00 |
|---|---|
| Initials of Preparer | cch |